# EXHIBIT 1

# EXHIBIT 1

LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Proposed Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>BACHI BURGER, L.L.C.,<br><br>Debtor. | Case No.: BK-S-18-16584-abl<br>Chapter 11<br>(Jointly Administered) |
| In re:<br><br>GREEN REVOLUTIONS LLC,<br><br>Debtor. | Case No.: BK-S-18-16584-btb<br>Chapter 11<br><br>Date:  December 5, 2018<br>Time:  1:30 p.m. |

**ORDER APPROVING THE EMPLOYMENT OF SHUMWAY VAN AS SPECIAL LITIGATION COUNSEL TO DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

Bachi Burger, L.L.C., a Nevada limited liability company, and Green Revolutions LLC, a Nevada limited liability company (collectively, the "Debtors"), debtors and debtors-in-

possession, having filed their *Application for Order Approving the Employment of Shumway Van as Special Litigation Counsel to Debtors Nunc Pro Tunc to the Petition Date* (the "Application") [ECF No. ___],[1] requesting court approval pursuant to 11 U.S.C. §§ 327(e) and 328 to employ the law firm of Shumway Van ("Shumway Van") *nunc pro tunc* to the Petition Date as their special litigation counsel; the Court having reviewed the Application and all matters submitted therewith; notice of the Application having been proper; the Court having held a hearing on the matter, with all appearances having been noted on the record; the Court having heard and considered the arguments of counsel; the Court having stated its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

1. The Application is GRANTED.

2. Debtors are authorized to retain Shumway Van pursuant as their special litigation counsel pursuant to 11 U.S.C. § 327(e) to perform the services as set forth in the Application, which is approved *nunc pro tunc* to the Petition Date, and on the terms and subject to the conditions in the Contingency Fee Agreement, which is approved pursuant to 11 U.S.C. § 328.

3. Shumway Van shall be compensated in accordance with the procedures set forth in sections 328(a) of the Bankruptcy Code, and such Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.  For the avoidance of doubt, however, nothing in this Order is intended or should be construed as creating any contingency regarding the allowance of Shumway Van fees or otherwise in any way subjecting their fees to any "reasonableness" review pursuant to 11 U.S.C. § 330.

. . .

. . .

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meaning as set forth in the Application.

LARSON ZIRZOW & KAPLAN, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

. . .

4.    The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of the Contingency Fee Agreement and this Order.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

By: _____
LARSON ZIRZOW & KAPLAN
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtors

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐    The court has waived the requirement of approval under LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

☐    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐    I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #
LARSON ZIRZOW & KAPLAN, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

3